[No. 27864-9-I.     Division One.     March 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
ROBERT HANDY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01018-6, Patricia H. Aitken, J., entered
February 19, 1991. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker and Agid, JJ.

[No. 30091-1-I.     Division One.     March 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL
DAHLQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05957-4, James A. Noe, J., entered January
14, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 27146-6-I.     Division One.     March 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
G. ELMORE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02241-9, Frank L. Sullivan, J., entered
October 22, 1990. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Grosse, J., and Forrest, J. Pro
Tem.

[No. 15874-4-II.     Division Two.     March 15, 1994.]

DIANNA LOBRIE, ET AL, *Appellants*, v. THE CITY OF
TACOMA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-02311-1, Karen B. Conoley, J., entered
April 15, 1992. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Morgan, C.J., and Seinfeld, J.